# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Bobby Joe Peterson | |

Case No. 3:08CR30148-01

USM No. 07465-025

Melissa A. Day, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | Defendant commted offense of Speeding | 11/07/2013 |
| Mandatory | Defendant unlawfully possessed a controlled substance | 11/21/2013 |
| Standard # 1 | Defendant left the district without permission of probation | 02/11/2013 |
| Standard # 2 | Defendant failed to report to probation as directed | 11/20/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0912

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Cahokia, IL 62206

12/13/2013
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert                    District Judge
Name and Title of Judge

Date

DEFENDANT: Bobby Joe Peterson
CASE NUMBER: 3:08CR30148-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | Defendant failed to provide truthful information to probation | 02/19/2013 |
| Standard # 11 | Defendant failed to notify probation timely of being arrested | 02/11/2013 |
| Special | Defendant failed to participate in substance abuse treatment as directed | 02/11/2013 |

DEFENDANT: Bobby Joe Peterson
CASE NUMBER: 3:08CR30148-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant spend the last 6 months in a half-way house and participate in a Dual Diagnosis program

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL